**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Debra Davie                      CHAPTER 13

                 Debtor(s)

                                       BKY. NO. 20-12719 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                                             Respectfully submitted,
                                             **/s/ Rebecca A. Solarz Esquire**
                                             Rebecca A Solarz, Esquire
                                             Kevin G. McDonald, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322