# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-12719 |
| **Debra Davie** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |

## OBJECTION OF PNC BANK, N.A. TO CONFIRMATION OF THE PLAN
## (DOCKET NUMBER 2)

PNC Bank, N.A. ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed Chapter 13 Plan ("Plan") filed by Debra Davie ("Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 220 Willow Rd., Wallingford, PA 19086-6951 ("Property").

2. Creditor intends to file a Proof of Claim including a pre-petition arrearage in the approximate amount of $6,200.00.

3. Debtor's Plan does not provide for the arrearage due on Creditor's claim, and therefore represents an impermissible modification of Creditor's claim and a violation of 11 U.S.C. §§1322 and 1325.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

20-012880_JDD1

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-012880_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 20-12719** |
| **Debra Davie** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection of PNC Bank, N.A. to the Confirmation of the Original Plan was served on the parties listed below via e-mail notification:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606, ECFMail@ReadingCh13.com

   John L. McClain, Attorney for Debra Davie, John L. McClain and Associates, P.O. Box 123, Narberth, PA  19072-0123, aaamcclain@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August  4 , 2020:

   Debra Davie and Joseph Davie, 220 Willow Rd, Wallingford, PA  19086

   Debra Davie and Joseph Davie, 220 Willow Rd, Wallingford, PA  19086-6951

   Delaware County Tax Claim Bureau, Gov't Ctr Bldg, 201 W. Front Street, Media, PA  19063

   Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA  15222

   Township of Nether Providence, 214 Sykes Lane, Wallingford, PA  19086

   Township of Nether Providence, 214 Sykes Lane, Wallingford, PA  19086

   Worlds Foremost Bank, 4800 Nw 1st Street, Lincoln, NE  68521

   PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222

20-012880_JDD1

DATE:  August 4, 2020

   /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-012880_JDD1