UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Debra Davie | Bankruptcy No.20-12719-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 9th day of September, 2020, by first class mail upon those listed below:

Debra Davie
220 Willow Rd
Wallingford, PA  19086

**Electronically via CM/ECF System Only:**

JOHN L MC CLAIN ESQ
JOHN L MC CLAIN & ASSOCIATES
PO BOX 123
NARBERTH, PA  19072-0123

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee