**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Debra Davie** | : | **Case No.: 20-12719** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **PNC Bank, N.A.** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.


/s/ Karina Velter                                    /s/ Sarah E. Barngrover
Karina Velter (94781)                           Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC              Manley Deas Kochalski LLC
P.O. Box 165028                                  P.O. Box 165028
Columbus, OH  43216-5028              Columbus, OH  43216-5028
Telephone: 614-220-5611                  614-220-5611; Fax: 614-627-8181
Fax: 614-627-8181                               sebarngrover@manleydeas.com

20-012880_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-12719 |
| **Debra Davie** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, N.A.** | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| **Debra Davie** | : |
| **Joseph Davie** | : |
| | : |
| **Scott F. Waterman** | : |
| Respondents. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

  Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

  John L. McClain, Attorney for Debra Davie, John L. McClain and Associates, Temporary Covid-19 address, 1851 CR 27, Owls Head, NY  12969, aaamcclain@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2021:

  Debra Davie and Joseph Davie, 220 Willow Rd, Wallingford, PA  19086

  Debra Davie and Joseph Davie, 220 Willow Rd, Wallingford, PA  19086-6951

  Delaware County Tax Claim Bureau, Gov't Ctr Bldg, 201 W. Front Street, Media, PA  19063

  Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA  15222

20-012880_PS

Township of Nether Providence, 214 Sykes Lane, Wallingford, PA  19086

Township of Nether Providence, 214 Sykes Lane, Wallingford, PA  19086

Worlds Foremost Bank, 4800 Nw 1st Street, Lincoln, NE  68521

Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA  15222

Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA  15222


DATE: March 8, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-012880_PS