| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12719-AMC**

Debra Davie  
220 Willow Rd  
Wallingford  PA    19086

Petition Filed Date: 06/20/2020  
341 Hearing Date: 07/24/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/30/2020 | $462.50 | 1012593777 | 09/30/2020 | $462.50 | 2917675 | 09/30/2020 | $462.50 | 2903652 |
| 09/30/2020 | $462.50 | 1012654805 | 09/30/2020 | $462.50 | 1012716361 | 10/14/2020 | $462.50 | 1012778350 |
| 11/03/2020 | $462.50 | 1012843603 | 11/12/2020 | $462.50 | 1012908408 | 11/25/2020 | $462.50 | 1012973442 |
| 12/15/2020 | $462.50 | 1013042635 | 01/06/2021 | $462.50 | 1013136995 | 01/14/2021 | $462.50 | 1013212805 |
| 03/08/2021 | $462.50 | 1013449101 | 03/17/2021 | $462.50 | 1013510625 | 03/31/2021 | $462.50 | 1013572668 |
| 04/14/2021 | $462.50 | 1013631305 | 04/28/2021 | $462.50 | 1013695317 | 05/13/2021 | $462.50 | 1013757579 |
| 05/26/2021 | $462.50 | 1013823546 | | | | | | |

**Total Receipts for the Period:  $8,787.50    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,787.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

**Chapter 13 Case No. 20-12719-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,787.50 | Current Monthly Payment: | $925.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,387.50 |
| Paid to Trustee: | $712.31 | Total Plan Base: | $55,500.00 |
| Funds on Hand: | $8,075.19 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.