United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Debra Davie  
      Debtor

Case No. 20-12719-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 27, 2022      Form ID: 152      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra Davie, 220 Willow Rd, Wallingford, PA 19086-6951 |
| 14513011 | + | Commonwealth of PA for the benefit of, County of Delaware/ Judicial Support, 201 W Front St, Media, PA 19063-2708 |
| 14513013 | + | Jaffe & Asher, LLP, 2041 Springwood Rd, York, PA 17403-4836 |
| 14513014 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14513015 | + | Joseph Davie, 220 Willow Rd, Wallingford, PA 19086-6951 |
| 14513016 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14513017 | + | Medical Oncology Hematology, Po Box 780119, Philadelphia, PA 19178-0119 |
| 14519099 | + | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14519237 | + | PNC BANK NATIONAL ASSOCIATION, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14513021 | + | Portnoff Law Associates, Ltd, PO Box 391, Norristown, PA 19404-0391 |
| 14513023 | + | Township of Nether Providence, 214 Sykes Lane, Wallingford, PA 19086-6337 |
| 14520382 | + | Township of Nether Providence, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14520249 | + | Township of Nether Providence, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14520250 | + | Township of Nether Providence, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2022 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | May 27 2022 23:59:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 14513006 | + | Email/PDF: bncnotices@becket-lee.com | May 28 2022 00:11:19 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 14513009 | | Email/Text: compliancebankruptcy@bylcompanies.com | May 27 2022 23:59:00 | BYL Collection Services, 301 Lacey Street, Floor 2, West Chester, PA 19382 |
| 14513007 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 27 2022 23:59:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14517936 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 27 2022 23:59:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14513008 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 27 2022 23:59:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14513012 | + | Email/Text: duffyk@co.delaware.pa.us | May 27 2022 23:59:00 | Delaware County Tax Claim Bureau, Gov't Ctr Bldg, 201 W. Front Street, Media, PA 19063-2708 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14515108 | + | Email/Text: steve@bottiglierilaw.com | May 27 2022 23:59:00 | Delaware County Tax Claim Bureau, C/O STEPHEN VINCENT BOTTIGLIERI, 66 Euclid Street, Suite C, Woodbury, NJ 08096-4626 |
| 14513010 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2022 00:00:43 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14513019 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2022 23:59:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14513018 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2022 23:59:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14521216 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2022 23:59:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14527442 | | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2022 23:59:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14513020 | | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2022 23:59:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14515251 | + | Email/Text: amps@manleydeas.com | May 27 2022 23:59:00 | PNC BANK, N.A., C/O KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14515088 | | Email/Text: amps@manleydeas.com | May 27 2022 23:59:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14515320 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2022 23:59:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14513022 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2022 00:00:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 14513025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2022 00:00:40 | Worlds Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14513024 | | Township of Nether Providence |
| cr | *+ | Township of Nether Providence, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14519893 | *+ | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14519933 | *+ | PNC BANK NATIONAL ASSOCIATION, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14532210 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 27, 2022 | Form ID: 152 | Total Noticed: 35 |

Date: May 29, 2022           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:**

**Name**  **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Nether Providence jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOHN L. MCCLAIN
    on behalf of Debtor Debra Davie aaamcclain@aol.com  edpabankcourt@aol.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Debra Davie
    Debtor(s)

Case No: 20−12719−amc

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 7/20/22 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

72 − 71
Form 152