**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:　　　　　　　　　　　　　　　　 | : Chapter 13 |
| 　　Davie, Debra | |
| | :　　　　20-12719 |
| 　　**Debtor** | : |

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on  August 9, 2022.

　　　　　　　　　　　　　　　　 "/s/"Mitchell J. Prince, Esquire
　　　　　　　　　　　　　　　　John L. McClain, Esquire
　　　　　　　　　　　　　　　　Mitchell J. Prince, Esquire
　　　　　　　　　　　　　　　　Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

PNC BANK NATIONAL ASSOCIATION
c/o Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Attorneys for Movant