| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-12719-AMC**

Debra Davie
220 Willow Rd
Wallingford  PA   19086

Petition Filed Date: 06/20/2020
341 Hearing Date: 07/24/2020
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $462.50 | 1013631305 | 04/28/2021 | $462.50 | 1013695317 | 05/13/2021 | $462.50 | 1013757579 |
| 05/26/2021 | $462.50 | 1013823546 | 06/23/2021 | $462.50 | 1013953496 | 07/08/2021 | $462.50 | 1014026410 |
| 08/02/2021 | $462.50 | 1014096077 | 08/04/2021 | $462.50 | 1014165184 | 08/23/2021 | $462.50 | 1014237144 |
| 09/07/2021 | $462.50 | 1014307134 | 09/15/2021 | $462.50 | 1014374098 | 09/28/2021 | $462.50 | 1014444533 |
| 10/14/2021 | $462.50 | 1014516413 | 11/01/2021 | $462.50 | 1014586530 | 11/16/2021 | $462.50 | 1014658436 |
| 11/29/2021 | $462.50 | 1014731448 | 12/09/2021 | $462.50 | 1014809070 | 01/11/2022 | $462.50 | 1015010557 |
| 02/08/2022 | $462.50 | 1014924184 | 02/23/2022 | $462.50 | 1015212853 | 03/03/2022 | $462.50 | 1015282917 |
| 06/27/2022 | $1,000.00 | 3011392 | | | | | | |

**Total Receipts for the Period: $10,712.50    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $7,500.00 | $0.00 | $7,500.00 |
| 1 | MOMA FUNDING LLC<br>»» 001 | Unsecured Creditors | $800.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $27,485.97 | $0.00 | $0.00 |
| 3 | DELAWARE COUNTY TAX CLAIM BURE<br>»» 003 | Secured Creditors | $52,059.56 | $0.00 | $0.00 |
| 4 | TOWNSHIP OF NETHER PROVIDENCE<br>»» 004 | Secured Creditors | $3,610.30 | $0.00 | $0.00 |
| 5 | TOWNSHIP OF NETHER PROVIDENCE<br>»» 005 | Secured Creditors | $2,241.06 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $10,128.80 | $0.00 | $0.00 |
| 7 | PNC BANK<br>»» 007 | Ongoing Mortgage | $87,114.89 | $0.00 | $0.00 |
| 8 | PNC BANK<br>»» 008 | Mortgage Arrears | $6,666.40 | $0.00 | $0.00 |
| 9 | TOWNSHIP OF NETHER PROVIDENCE<br>»» 009 | Secured Creditors | $1,686.27 | $0.00 | $0.00 |
| 10 | TOWNSHIP OF NETHER PROVIDENCE<br>»» 010 | Secured Creditors | $713.89 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12719-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,650.00 | Current Monthly Payment: | $925.00 |
| Paid to Claims: | $0.00 | Arrearages: | $5,475.00 |
| Paid to Trustee: | $1,495.31 | Total Plan Base: | $55,500.00 |
| Funds on Hand: | $16,154.69 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.