United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Debra Davie  
    Debtor

Case No. 20-12719-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 02, 2022      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra Davie, 220 Willow Rd, Wallingford, PA 19086-6951 |
| 14513011 | + | Commonwealth of PA for the benefit of, County of Delaware/ Judicial Support, 201 W Front St, Media, PA 19063-2708 |
| 14513013 | + | Jaffe & Asher, LLP, 2041 Springwood Rd, York, PA 17403-4836 |
| 14513014 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14513015 | + | Joseph Davie, 220 Willow Rd, Wallingford, PA 19086-6951 |
| 14513017 | + | Medical Oncology Hematology, Po Box 780119, Philadelphia, PA 19178-0119 |
| 14519237 | + | PNC BANK NATIONAL ASSOCIATION, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14513021 | + | Portnoff Law Associates, Ltd, PO Box 391, Norristown, PA 19404-0391 |
| 14513023 | + | Township of Nether Providence, 214 Sykes Lane, Wallingford, PA 19086-6337 |
| 14520382 | + | Township of Nether Providence, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14520249 | + | Township of Nether Providence, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14520250 | + | Township of Nether Providence, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 03 2022 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2022 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Nov 03 2022 00:03:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 14513006 | + | Email/PDF: bncnotices@becket-lee.com | Nov 03 2022 00:05:18 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 14513009 | | Email/Text: compliancebankruptcy@bylcompanies.com | Nov 03 2022 00:03:00 | BYL Collection Services, 301 Lacey Street, Floor 2, West Chester, PA 19382 |
| 14513007 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2022 00:02:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14517936 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 03 2022 00:03:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14513008 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 03 2022 00:02:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14513012 | + | Email/Text: duffyk@co.delaware.pa.us | Nov 03 2022 00:03:00 | Delaware County Tax Claim Bureau, Gov't Ctr Bldg, 201 W. Front Street, Media, PA 19063-2708 |

Case 20-12719-amc   Doc 92   Filed 11/04/22   Entered 11/05/22 00:30:45   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14515108 | + | Email/Text: steve@bottiglierilaw.com | Nov 03 2022 00:03:00 | Delaware County Tax Claim Bureau, C/O STEPHEN VINCENT BOTTIGLIERI, 66 Euclid Street, Suite C, Woodbury, NJ 08096-4626 |
| 14513010 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 03 2022 00:05:13 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14513016 | ^ | MEBN | Nov 02 2022 23:57:29 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14513019 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2022 00:03:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14513018 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2022 00:03:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14521216 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2022 00:03:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14519099 | ^ | MEBN | Nov 02 2022 23:57:30 | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14527442 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 03 2022 00:03:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14513020 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 03 2022 00:03:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14515251 | + | Email/Text: amps@manleydeas.com | Nov 03 2022 00:03:00 | PNC BANK, N.A., C/O KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14515088 | | Email/Text: amps@manleydeas.com | Nov 03 2022 00:03:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14515320 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2022 00:03:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14513022 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2022 00:05:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 14513025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2022 00:05:21 | Worlds Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14513024 | | Township of Nether Providence |
| cr | *+ | Township of Nether Providence, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14519893 | *+ | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14519933 | *+ | PNC BANK NATIONAL ASSOCIATION, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14532210 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 02, 2022 | Form ID: pdf900 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:**

**Name**  **Email Address**

ADAM BRADLEY HALL
on behalf of Creditor PNC BANK N.A. amps@manleydeas.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
on behalf of Creditor Township of Nether Providence jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOHN L. MCCLAIN
on behalf of Debtor Debra Davie aaamcclain@aol.com edpabankcourt@aol.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      :        Chapter 13

DEBRA DAVIE

Debtor(s)                            :        Bky. No. 20-12719 -AMC

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee") and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: November 2, 2022

**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**