**Fill in this information to identify the case:**

Debtor 1  Debra Davie

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case Number  2012719 AMC

Official Form 410S1
# Notice of Mortgage Payment Change                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.                    **Court claim no.** (if known): 8

**Last four digits** of any number you                  **Date of payment change:**
use to identify the debtor's account: 0522              Must be at least 21 days after date     10/ 20/2020
                                                        of this notice

                                                        **New total payment:**    $152.84
                                                        Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
      Describe the basis for the change. If a statement is not attached, explain why:_____
      _____

      Current escrow payment: $_____            New escrow payment: $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice
      is not attached, explain why:_____
      _____

      Current interest rate:                                 New interest rate:
      Current principal and interest payment:                New principal and interest payment:

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification
      agreement. *(Court approval may be required before the payment change can take effect.)*

            Reason for change:   Daily Simple Interest Accrual for Billing Period

      **Current mortgage payment:** $141.05         **New mortgage payment**: $152.84

Debtor 1  <u>Debra              Davie                          </u>  Case number (if known) <u>2012719            </u>
       First Name   Middle Name   Last Name

| **Part 3:** | **Sign Here** |
|---|---|

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

. ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** <u>/s/ Marika Dienes                           </u>                Date  <u>09 / 25 / 2020</u>
     Signature

Print:  <u>Marika Dienes                    </u>         Title:  Support <u>Specialist                    </u>

Company  <u>PNC Bank, National Association     </u>

Address:  <u>P.O. Box 94982                       </u>
     Number   Street

<u>Cleveland, OH 44101-0570           </u>
City   State   ZIP Code

Contact Phone: 1-800-642-6323 Ext.                     Email: <u>                                   </u>

UNITED STATES BANKRUPTCY COURT
# Eastern District of Pennsylvania (Philadelphia)

| IN RE: **Debra Davie** | Case No. **20-12719** <br> Judge    Ashely M. Chan <br> Chapter   13 |
|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on 9/25/2020, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: **JOHN L. MCCLAIN**
Trustee: **SCOTT F. WATERMAN (Chapter 13)**
Office of the United States Trustee

Further, I certify that, on 9/25/2020, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

**Debra Davie**                        220 Willow Rd  Wallingford, PA 19086

By: /s/ Marika Dienes
Marika Dienes
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814